STATE OF NEW JERSEY v. THOMAS BARBITO.

June 12, 1979.  Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF M. W.

June 12, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. THEODORE MOLNAR.

June 12, 1979.  ORDERED that the order of this Court dated October 4, 1978, denying defendant's petition for certification is hereby vacated (see 78 *N.J.* 400);  and it is further
ORDERED that the petition for certification is granted, limited solely to the issues arising out of defendant's allegation of entrapment.

NEW JERSEY BANK, N.A.
v.
MADELINE GILSON.

June 26, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. MARY FRANCES PITTMAN.

June 26, 1979.  Petition for certification denied.